**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**STARK LIGON, in his official capacity as**
**Executive Director of the Arkansas Committee**
**on Professional Conduct**                                                                **PLAINTIFF**

v.                    Case No. 4-18CV-325-KGB

**TERESA BLOODMAN**                                                                       **DEFENDANT**

## MOTION TO REMAND

COMES NOW, Plaintiff Stark Ligon, in his capacity of Executive Director of the Arkansas Committee on Professional Conduct, by and through its attorneys, Attorney General Leslie Rutledge and Assistant Attorney General William C. Bird III, and for his Brief in Support of Motion to Remand, states the following:

1.  On September 29, 2017, Plaintiff filed the underlying Fourth Amended Petition for Disbarment (Supreme Court of Arkansas, D-16-301) against Teresa Lynette Bloodman (#2005055) ("Bloodman") alleging a total of 176 separate violations of the Arkansas Rules of Professional Conduct.

2.  The disbarment trial initially began on April 30, 2018, and resumed on May 14, 2018.

3.  On the morning of Tuesday, May 15, 2018, Bloodman filed her Notice of Removal which automatically stayed the disbarment proceeding pending further action of this Court.

4.  Bloodman has no right to remove the state disbarment actions to this lawsuit for the following reasons: (1) the matters sought to be removed are not civil

actions within the meaning of the federal removal statutes and federal removal jurisprudence; (2) no federal question appears on the face of the state court complaint; and (3) the petition for removal is time barred.

5. Under almost identical factual circumstances, this Court previously held that a state disbarment action was not removable. *McCullough v. Ligon*, 430 F. Supp. 2d 846, 850–51 (E.D. Ark. 2006), aff'd, 271 F. App'x 547 (8th Cir. 2008).

6. Accordingly, Plaintiff requests that the disbarment action be immediately remanded to the Arkansas Supreme Court for further proceedings and so that the disbarment trial, which currently is ongoing, may continue.

7. A Brief in Support is filed contemporaneously herewith.

WHEREFORE, Plaintiff respectfully requests that this Court immediately remand the pending state bar action to the Arkansas Supreme Court and for any and all further relief to which they may show themselves entitled.

        Respectfully submitted,

        LESLIE RUTLEDGE
        Attorney General

By:   */s/ William C. Bird III*
      William C. Bird III
      Ark Bar No. 2005149
      Assistant Attorney General
      Ark. Attorney General's Office
      323 Center Street, Suite 200
      Little Rock, AR 72201
      Phone: (501) 682-1317
      Fax: (501) 682-2591
      william.bird@arkansasAG.gov

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I, William C. Bird III, Assistant Attorney General, hereby certify that on May 16, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to any CM/ECF participants.

    */s/ William C. Bird III*