# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 18, 2019

Ms. Teresa Lynette Bloodman
P.O. Box 13641
Maumelle, AR  72113

     RE:  19-1618  R. Stark Ligon, Jr. v. Teresa Bloodman

Dear Ms. Bloodman:

     The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00 a.m. today. Please hold the opinion in confidence until that time.

     Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

                                            Michael E. Gans
                                            Clerk of Court

NDW

Enclosure(s)

cc:     Mr. William C. Bird III
        Mr. Michael Harmon
        Mr. R. Stark Ligon Jr.
        Mr. Jim McCormack

     District Court/Agency Case Number(s):   4:18-cv-00325-KGB

# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-1618
_____

R. Stark Ligon, Jr., as Executive Director of the Supreme Court Committee on Professional Conduct

*Plaintiff - Appellee*

v.

Teresa Lynette Bloodman, Attorney at Law, ABN 2005055

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock
_____

Submitted: December 16, 2019
Filed: December 18, 2019
[Unpublished]
_____

Before STRAS, WOLLMAN, and KOBES, Circuit Judges.
_____

PER CURIAM.

Teresa Bloodman appeals the district court's[1] order remanding her disbarment proceeding to Arkansas state court.  We have jurisdiction to review the remand order because it involves a removal under 28 U.S.C. § 1443 (civil action commenced in state court can be removed to federal court when action is against any person who is denied or cannot enforce in state court any law providing for equal rights of United States citizens).  See 28 U.S.C. § 1447(d) (order remanding case to state court is not reviewable unless case was removed pursuant to, inter alia, § 1443).

We conclude that remand was proper because Bloodman failed to show that she met the requirements for removal under § 1443, as she did not show that, due to state law or an equivalent basis, she will be denied, or cannot enforce, her federal rights in state court.  See Medtronic Sofamor Danek, Inc., v. Ganon, 913 F.3d 704, 707 (8th Cir. 2019) (grant of motion to remand is reviewed de novo); Neal v. Wilson, 112 F.3d 351, 355 (8th Cir. 1997) (removal under § 1443 is warranted only if, inter alia, it can be predicted by reference to law of general application that party will be denied, or cannot enforce, federal rights in state court; in unusual case, equivalent basis could be shown for "equally firm prediction" that party will be denied, or cannot enforce, federal rights in state court).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

---

[1] The Honorable Kristine G. Baker, United States District Judge for the Eastern District of Arkansas.

# Abigail Temple

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Wednesday, December 18, 2019 8:20 AM |
| **Subject:** | 19-1618 R. Stark Ligon, Jr. v. Teresa Bloodman "per curiam opinion filed" (4:18-cv-00325-KGB) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 12/18/2019

| | |
|---|---|
| Case Name: | R. Stark Ligon, Jr. v. Teresa Bloodman |
| Case Number: | [19-1618](#) |
| Document(s): | [Document(s)](#) |

**Docket Text:**
PER CURIAM OPINION FILED - THE COURT: David R. Stras, Roger L. Wollman and Jonathan A. Kobes (UNPUBLISHED) [4862970] [19-1618] (Nicole Wagstaff)

**Notice will be electronically mailed to:**

Mr. William C. Bird, III: william.bird@arkansasag.gov, katie.wilson@arkansasag.gov, agcivil@arkansasag.gov
Ms. Teresa Lynette Bloodman: teresabloodman@yahoo.com
Mr. Michael Harmon: michael.harmon@arcourts.gov
Mr. R. Stark Ligon, Jr.: stark.ligon@arcourts.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov

The following document(s) are associated with this transaction:
**Document Description:** Counsel Opinion Letter
**Original Filename:** /opt/ACECF/live/forms/NikiWagstaff_191618_4862970_CounselOpinionLetters_285.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=12/18/2019] [FileNumber=4862970-1]
[768035a6b1e7e3fbb9262a3b68a51ddcf5f5c4ee842ccc9595fd5f6a7b299859e2fccd71ac85ae66f229bbe6a0217c9f125a592a516632051e5b7d053f515944]]
**Recipients:**

- [Mr. William C. Bird, III](#)
- [Ms. Teresa Lynette Bloodman](#)
- [Mr. Michael Harmon](#)
- [Mr. R. Stark Ligon, Jr.](#)

- [Mr. Jim McCormack, Clerk of Court](#)

**Document Description:** Opinion
**Original Filename:** 191618U.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=12/18/2019] [FileNumber=4862970-0]
[9f5dabbb7fc8451caa84240e25f3580511d6816b77720a3a819581adcad055e5e94edf7af8a669466307b76d2f9ef614a6a
4ec2d3ad655f688b2a75dc914b8e7]]

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4862970
**RELIEF(S) DOCKETED:**
   not for publication
**DOCKET PART(S) ADDED:** 6434808, 6434809, 6434810